ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

        - v. -                      :     MISDEMEANOR INFORMATION

AGRON MESHI,                        :     07 Cr.

                Defendant.        :

- - - - - - - - - - - - - - - - x

07 CRIM 1004

COUNT ONE

The United States Attorney charges:

1. From at least in or about October 2003 through at least in or about February 2004, in the Southern District of New York and elsewhere, AGRON MESHI, the defendant, and others known and unknown, unlawfully, wilfully, and knowingly combined, conspired, confederated, and agreed together and with each other to commit an offense against the United States, to wit, to violate Section 1306(c) of Title 8, United States Code.

2. It was a part and an object of the conspiracy that AGRON MESHI, the defendant, and others known and unknown, unlawfully, wilfully, and knowingly, would and did cause an alien to file an application for registration containing statements known by the alien to be false, and would and did cause an alien to procure and attempt to procure registration of the alien and another person through fraud, in violation of Title 8, United States Code, Section 1306(c).

Overt Acts

3. In furtherance of said conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. In or about February 2004, in the Bronx, New York, a co-conspirator not named as a defendant herein introduced AGRON MESHI, the defendant, to a confidential informant (the "CI") who was posing as an asylum applicant.

b. In or about February 2004, AGRON MESHI, while purporting to act as an interpreter during the CI's asylum interview, supplied the CI with false answers to be provided in response to the interviewing asylum officer's questions.

(Title 18, United States Code, Section 371.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v.-

AGRON MESHI,

Defendant.

MISDEMEANOR INFORMATION

(Title 18, United States Code,
Section 371.)

MICHAEL J. GARCIA
United States Attorney