MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

**SCANNED      ORIGINAL**



UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                Plaintiff,

       - v. -

AGRON MESHI,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

07 CR 1004 (JCF)

JUDGMENT #: 08,0614

SOUTHERN DISTRICT OF NEW YORK

      Satisfaction is acknowledged between United States of America, plaintiff, and Agron Meshi, defendant, for the fine in the amount of $1,000.00 and the special assessment in the amount of $10.00, amounting in all to the sum of $1,010.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 17th day of April 2008.

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York

                              By: _____
                              KATHLEEN A. ZEBROWSKI
                              Assistant United States Attorney

STATE OF NEW YORK)
                   ss:
COUNTY OF NEW YORK)

      On the ___ day of June 2008, before me personally came KATHLEEN A. ZEBROWSKI, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC